LORA KOJOVIC, Appellant, v NEAL GOLDMAN, Respondent.

Submitted January 8, 2007; decided February 15, 2007

Motion by the Women's Bar Association of the State of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge JONES taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS E. KAMPFER, Appellant.

Submitted February 5, 2007; decided February 15, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

Judge JONES taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KERMIT BURNS, Appellant, v CHRIS MELLAS, as Superintendent of Watertown Correctional Facility, et al., Respondents.

Submitted December 6, 2006; decided February 15, 2007

Motion for leave to appeal dismissed upon the ground that relator has been released from custody and, therefore, his liberty is no longer restrained to such a degree as to entitle him to the extraordinary writ of habeas corpus (*see People ex rel. Wilder v Markley*, 26 NY2d 648 [1970]).

Judge JONES taking no part.